UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
U.S. SUGAR CO., INC.,                :
                                     :    Civil Action No.
              Plaintiff,             :
                                     :
v.                                   :
                                     :
JUDITH McDANIEL,                     :    October 24, 2013
                                     :
              Defendant              :
---------------------------------------------------------X

## COMPLAINT

Plaintiff U.S. Sugar Co., Inc. ("USSC"), as and for its Complaint against defendant Judith McDaniel ("Mrs. McDaniel"), alleges as follows:

1. USSC is a corporation organized and existing under the laws of the State of Delaware that has its principal place of business at 692 Bailey Avenue, Buffalo, New York.

2. Mrs. McDaniel is an individual citizen of the State of Connecticut residing at 114 Riverside Avenue, Riverside, Connecticut.

3. Subject matter jurisdiction exists in this Court pursuant to 28 U.S.C. §1332(a)(1) inasmuch as it is an action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and it is between citizens of different states.

4. USSC is engaged in the business of, among other things, packaging and processing granulated, brown and powdered sugars.

5. USSC has two classes of authorized and issued securities: voting and non-voting shares of stock.

6. William K. McDaniel, Jr. ("Mr. McDaniel") is the President and Chief Executive Officer of USSC.

7. Mr. McDaniel owns 510 of USSC's 2000 authorized shares of voting stock.

8. A trust for the benefit of Mr. McDaniel and his children owns 1164 of the 18,000 authorized shares of USSC non-voting stock.

9. Mrs. McDaniel does not own any authorized shares of USSC stock.

10. Mr. McDaniel and Mrs. McDaniel are parties to a divorce action pending in the Circuit Court of Pulaski County, Arkansas ("the Divorce Action").

11. In the Divorce Action, Mrs. McDaniel has taken the position that she owns a direct equitable shareholder interest in USSC by virtue of (a) her marriage to Mr. McDaniel; (b) loans she claims that she has made at various times to USSC; and (c) her allegation that USSC's corporate veil should be pierced and USSC considered the alter-ego of Mr. McDaniel.

12. In the Divorce Action, Mrs. McDaniel has alleged that USSC would be unjustly enriched if a USSC shareholder interest for Mrs. McDaniel is not recognized.

13. In the Divorce Action, Mrs. McDaniel has taken the position that USSC is a necessary party to such litigation.

14. Mrs. McDaniel does not have any direct shareholder interest, equitable or otherwise, in USSC.

15. The loans Mrs. McDaniel claims that she has made to USSC do not provide any basis for her to receive a shareholder interest in USSC.

16. USSC is not the alter-ego of Mr. McDaniel.

17. USSC has not been unjustly enriched by Mrs. McDaniel.

18. USSC is not a necessary party to the Divorce Action.

19. USSC is entitled, pursuant to 28 U.S.C. § 2201 *et seq.*, to a Declaration from the Court that: (a) Mrs. McDaniel does not have any direct shareholder interest in USSC; (b) USSC

is not the alter-ego of Mr. McDaniel; and (c) USSC has not been unjustly enriched by Mrs. McDaniel.

**WHEREFORE**, USSC prays for the entry of a Judgment against Mrs. McDaniel providing for:

a. A Declaration that (i) Mrs. McDaniel does not own a direct shareholder interest in USSC; (ii) USSC is not the alter-ego of Mr. McDaniel; (iii) USSC has not been unjustly enriched by Mrs. McDaniel; and

b. Such other and further relief that the Court deems just and proper.

THE PLAINTIFF
U.S. SUGAR CO., INC.

By:_____
Mark S. Gregory (ct 01252)
Martin & Chioffi LLP
One Landmark Square, 21st Floor
Stamford, Connecticut 06901
Phone: (203) 973-5200
Facsimile: (203) 973-5250
mgregory@martinchioffi.com

17752537.1